IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JESSIE MCCLUSKIE** )<br>)<br>Plaintiff, )<br>) Cause No. 3:14-CV-01108-MJR-PMF<br>v. )<br>)<br>**SELENE FINANCE LP** )<br>)<br>)<br>Defendant. )<br>) **JURY TRIAL DEMANDED** | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jessie McCluskie, and Defendant, Selene Finance LP, stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Dated: December 22, 2014

RESPECTFULLY SUBMITTED,

/s/ James W. Eason

_____
*Counsel for the Plaintiff*
JAMES W. EASON, #6281329
The Eason Law Firm, LLC
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax: (314) 667-3161
Email: james.w.eason@gmail.com

1

/s/ Ralph T. Wutscher
_____
*Counsel for the Defendant*
Ralph T. Wutscher (IL 6257298)
McGinnis Wutscher Beiramee LLP
105 W. Madison Street
18th Floor
Chicago, Illinois 60602
Phone: (312) 551-9320
Fax: (312) 284-4751
Email: rwutscher@mwbllp.com